1  Michelle Visser (State Bar No. 277509)
   mvisser@orrick.com
2  Sarah N. Davis (SBN 275145)
   sdavis@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
4  405 Howard Street
   San Francisco, CA 94105
5  (415) 773-5518

6
   Attorneys for Defendant
7  Meta Platforms, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARVELLE J. "JAY" BALLENTINE,        | Case No. 3:25-CV-7671-CRB
12 |                                      |
   |                Plaintiff,            | **DECLARATION OF MICHAEL**
13 | v.                                   | **DUFFEY IN SUPPORT OF META**
   |                                      | **PLATFORMS, INC.'S MOTION TO**
14 | META PLATFORMS, INC., and            | **DISMISS PLAINTIFF'S FIRST**
15 | ACCENTURE LLP                        | **AMENDED COMPLAINT**
   |                                      |
16 |                Defendants.           | Date:   January 30, 2026
   |                                      | Time:   10:00 am
17 |                                      | Judge:  Hon. Charles R. Breyer
   |                                      | Dept:   Courtroom 6 – 17th Floor
18 |                                      |         San Francisco
19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL DUFFEY IN SUPPORT OF META PLATFORMS, INC.'S
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, MICHAEL DUFFEY, declare as follows:

1. I am a Case Manager on the eDiscovery and Information Governance Team at Meta Platforms, Inc. ("Meta"). I am familiar with the facts and circumstances set forth herein and submit this declaration in support of Meta's Motion to Dismiss Plaintiff's Complaint.

2. As part of my current role, I am regularly involved in assisting with the collection of documents, data, and information related to the services Meta provides, such as Facebook, including Meta's Community Standards which incorporates Meta's Child Sexual Exploitation, Abuse, and Nudity Policy (the "CSE Policy").

3. A true and correct copy of the CSE Policy in effect at the time of the events alleged in the First Amended Complaint (*i.e.*, in June and July 2022) is attached as **Exhibit A** and is available at https://transparency.meta.com/policies/community-standards/child-sexual-exploitation-abuse-nudity/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025

_____
MICHAEL DUFFEY

DECLARATION OF MICHAEL DUFFEY IN SUPPORT OF META PLATFORMS, INC.'S
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT