UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated, | Case No.  3:24-cv-05417-WHA |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TECHNOLOGY TUTORIAL** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

The Parties, by and through their respective counsel of record, hereby stipulate and agree to the following terms that will govern the technology tutorial before the Court.

## STIPULATION AND [PROPOSED] ORDER

1.    The purpose of this Stipulation and Order is to set a technology tutorial.

2.    For a tutorial for the Judge, counsel shall make presentations to set forth the basic technology related to the Large Language Models (LLMs) at issue in this case.

3.    The parties will exchange demonstrative exhibits at least 48 hours before the hearing, subject to good faith changes in response to the other side's presentation.

4.    Each side will have 45 minutes on JANUARY 16, 2025 AT 10:00 A.M., subject to the availability of the court. The public may attend the entire presentation.  The presentation materials, and representations made or stipulated to during the presentation, shall not be considered evidence in this matter.

**IT IS SO STIPULATED.**

Dated:  November 15, 2024

Respectfully submitted,

By: */s/Douglas A. Winthrop*

By: */s/Rachel Geman*

Douglas A. Winthrop (SBN 183532)
Joseph Farris (SBN 263405)
Jessica L. Gillotte (SBN 333517)
Estayvaine Bragg (SBN 341400)
**ARNOLD & PORTER KAYE
SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Douglas.Winthrop@arnoldporter.com
Joseph.Farris@arnoldporter.com
Jessica.Gillotte@arnoldporter.com
Estayvaine.Bragg@arnoldporter.com

Angel T. Nakamura (SBN 205396)
**ARNOLD & PORTER KAYE
SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Angel.Nakamura@arnoldporter.com

Joseph R. Wetzel (SBN 238008)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
joe.wetzel@lw.com

*Attorneys for Defendant,*
ANTHROPIC PBC

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice forthcoming*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

**IT IS SO ORDERED**

<u>　　　　　　　　　　</u>
Date

<u>　　　　　　　　　　</u>
HONORABLE WILLIAM ALSUP