UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No. C 24-05417 WHA<br><br>**ORDER ADOPTING STIPULATED TRAINING DATA AND SOURCE CODE INSPECTION PROTOCOL (WITH PROVISO)** |

Parties jointly ask the Court to enter their agreed protocol for plaintiffs' inspection of defendant's training data and source code (*see* Dkt. No. 83), which was anticipated by the more general protective order already entered in this case (*see* Dkt. No. 63). A stipulated order regarding the production of electronically stored information has also been entered (Dkt. No. 74). Their stipulated protocol (Dkt. No. 83) is hereby **ENTERED**, with the proviso that the judge reserves the authority to modify any provision in any particular circumstance, as it is impossible to know how this complex stipulation together with the others will play out in practice.

**IT IS SO ORDERED.**

Dated: February 19, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE