UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No.  C 24-05417 WHA<br><br>**ORDER RE SEALING** |

At today's discovery hearing, the district judge emphasized the importance of the presumption of public access to all proceedings. The same goes for filings.

The judge is aware that Anthropic filed a discovery letter this morning that appears to anticipate but was not accompanied by a motion to seal (Dkt. No. 110). With respect to that filing only, the Court will consider a motion to seal timely if submitted within **24 HOURS** of the original filing; this is otherwise without prejudice to how the Court will rule on any such motion to seal.

Parties shall re-familiarize themselves with the caselaw, local rules, standing orders (one docketed here (Dkt. No. 9)), and protective orders adopted with conditions in this case (*e.g.*, Dkt. No. 63). The district judge will not hesitate to reject motions to seal *in toto* for technical

failures or for technical compliance but over-designation, each of which evinces a lack of compelling or even good reason to seal.

**IT IS SO ORDERED.**

Dated: March 25, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE