Justin A. Nelson (*Pro Hac Vice)*
Alejandra C. Salinas *(Pro Hac Vice)*
Collin Fredricks *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

Scott J. Sholder *(Pro Hac Vice)*
CeCe M. Cole *(Pro Hac Vice)*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No.: 3:24-cv-05417-WHA <br><br> **DECLARATION OF JACOB S. MILLER IN SUPPORT OF CLASS CERTIFICATION** |

I, Jacob S. Miller, declare:

1.    I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiffs in the above-captioned case. I am a member of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.    Since the start of discovery on October 10, 2024, Anthropic has produced 27,807 documents. A majority of these documents were produced on March 20, 2025, in Anthropic's 7th production, ANT_BARTZ_007, which contained 18,968 documents.

3.    Attached as **Exhibit 1** are true and correct copies of Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-5), served by Anthropic PBC on March 20, 2025.

4.    Attached as **Exhibit 2** are true and correct copies of Anthropic PBC's Second Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 6-13), served by Anthropic PBC on March 20, 2025.

5.    Attached as **Exhibit 3** are true and correct copies of Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 14-17), served by Anthropic PBC on March 20, 2025.

6.    Attached as **Exhibit 4** are true and correct copies of Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Admissions (Nos. 1-15), served by Anthropic PBC on March 20, 2025.

7.    Attached as **Exhibit 5** are true and correct copies of Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' Second Set of Requests for Admissions (Nos. 16-17), served by Anthropic PBC on March 20, 2025.

8.    Attached as **Exhibit 6** are true and correct copies of excerpts of the Deposition of Pranay Sangani, taken on November 11, 2024.

9.    Attached as **Exhibit 7** is a true and correct copy of a handout provided by Anthropic PBC at the Deposition of Pranay Sangani.

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF CLASS CERTIFICATION
CASE NO. 3:24-CV-05417-WHA

10.    Attached as **Exhibit 8** is a true and correct copy of a document titled, "███████████," produced by Anthropic PBC as ANT_BARTZ_000003492-3.

11.    Attached as **Exhibit 9** is a true and correct copy of a document titled, "████████████████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000004587-8.

12.    Attached as **Exhibit 10** is a true and correct copy of a document titled, "Anthropic ████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000004031-7.

13.    Attached as **Exhibit 11** is a true and correct copy of a screenshot from the document titled, ████████████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000004327.

14.    Attached as **Exhibit 12** is a true and correct copy of a document titled, "████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000144504-9.

15.    Attached as **Exhibit 13** is a true and correct copy of a document titled, "█████████," produced by Anthropic PBC as ANT_BARTZ_000029063-29171.

16.    Attached as **Exhibit 14** is a true and correct copy of ██████████████████████████████████████████████████████████████████████████████████.

17.    Attached as **Exhibit 15** is a true and correct copy of a document titled, "███████████," produced by Anthropic PBC as ANT_BARTZ_000005492.

18.    Attached as **Exhibit 16** is a true and correct copy of a document titled, "█████████████████," produced by Anthropic PBC as ANT_BARTZ_000003441-2.

19.    Attached as **Exhibit 17** is a true and correct copy of a document titled, "████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000002604.

- 2 -

20.     Attached as **Exhibit 18** is a true and correct copy of a document titled, "███████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000389738-9.

21.     Attached as **Exhibit 19** is a true and correct copy of a document titled, "███████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000389773-5.

22.     Attached as **Exhibit 20** is a true and correct copy of a document titled, "███████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000391318-20.

23.     Attached as **Exhibit 21** is a true and correct copy of a document titled, "Anthropic_sheer-notebook-10022022.htm," produced by Anthropic PBC as ANT_BARTZ_000394794.

24.     Attached as **Exhibit 22** is a true and correct copy of a document titled, "███ ███████," produced by Anthropic PBC as ANT_BARTZ_000034918.

25.     Attached as **Exhibit 23** is a true and correct copy of a document titled, "███ ███████████████████████████████████████████████████," produced by Anthropic PBC as ANT_BARTZ_000006363-90.

26.     Attached as **Exhibit 24** is a true and correct copy of a document titled, "███████████████████████," produced by Anthropic PBC as ANT_BARTZ_000415587-9, as well as the attached photographs titled, "IMG_1459.jpg," "IMG_1455.jpg," and "IMG_1451.jpg," produced by Anthropic PBC as ANT_BARTZ_000415597-9.

27.     Attached as **Exhibit 25** is a true and correct copy of a document titled, "███ ████████," produced by Anthropic PBC as ANT_BARTZ_000004936-51.

28.     Attached as **Exhibit 26** is a true and correct copy of a document titled, "███ ████████," produced by Anthropic PBC as ANT_BARTZ_000209219-235.

- 3 -

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF CLASS CERTIFICATION
CASE NO. 3:24-CV-05417-WHA

29.     Attached as **Exhibit 27** are true and correct copies of excerpts of the Deposition of the deposition of Andrea Bartz and Andrea Bartz, Inc., taken on March 7, 2025.

30.     Attached as **Exhibit 28** are true and correct copies of excerpts of the Deposition of the deposition of Charles Graeber, taken on March 5, 2025.

31.     Attached as **Exhibit 29** are true and correct copies of excerpts of the Deposition of the deposition of Kirk Wallace Johnson and MJ+KJ, Inc., taken on March 6, 2025.

32.     Attached as **Exhibit 30** are true and correct copies of the copyright registrations of the class representatives' books registered with the U.S. Copyright Office, produced by Plaintiffs as BARTZ_000004693-4708, as well as true and correct copies of documents on file with the Copyright Office showing the assignment and transfer of ownership of one work written by Plaintiff Kirk Wallace Johnson to Plaintiff MJ + KJ, produced by Plaintiffs as BARTZ_000004690-92.

33.     Attached as **Exhibit 31** are true and correct copies of excerpts of a transcript of Proceedings Held before the Court on February 25, 2025.

34.     Attached as **Exhibit 32** is a true and correct copy of a ███████████████████████████████████████████████████████████████████████████████████████████████████████████.

35.     Attached as **Exhibit 33** is a true and correct copy of a █████████████████████████████████████████████████████████████████████████████████████████████████████.

36.     Attached as **Exhibit 34** is a true and correct copy of a ████████████████████████████████████████████████████████████████.

37.     Attached as **Exhibit 35** is a true and correct copy of an ███████ ████████████████████████████████████████████ ███████████████████████████████████.

38.     Attached as **Exhibit 36** is a true and correct copy of an ███████ ███████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████.

39.     Attached as **Exhibit 37** is a true and correct copy of a ███████ ███████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████.

40.     Attached as **Exhibit 38** is a true and correct copy of a ███████ ████████████████████████████████████████████████ ███████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████.

41.     Attached as **Exhibit 39** is a true and correct copy of a Nov. 19, 2024 post on the Authors Guild website entitled *HarperCollins AI Licensing Deal*, accessed by Plaintiffs on March 27, 2025 at this URL: https://authorsguild.org/news/harpercollins-ai-licensing-deal/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2025 in New York, NY.

/s/ Jacob S. Miller
Jacob S. Miller

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served March 27, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF CLASS CERTIFICATION
CASE NO. 3:24-CV-05417-WHA