# EXHIBIT 27

CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

ANDREA BARTZ, ANDREA BARTZ,   )
INC., CHARLES GRAEBER, KIRK   )
WALLACE JOHNSON, MJ + KJ,     )
INC., individually and on     )
behalf of others similarly    )
situated,                     )
                              )
          Plaintiffs,         )
                              )
vs.                           )     No. 3:24-cv-05417
                              )
ANTHROPIC PBC,                )
                              )
          Defendant.          )
_____)

TRANSCRIPT DESIGNATED "CONFIDENTIAL"

VIDEO-RECORDED DEPOSITION OF

ANDREA MARIE BARTZ,

Taken in her individual capacity and as

a 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.

Volume I - Pages 1 through 258

_____

Friday, March 7, 2025

San Francisco, California

Reported By:  JANE GROSSMAN, CSR No. 5225

Job No. SF 7222289

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

I N D E X

VIDEO-RECORDED DEPOSITION OF ANDREA BARTZ, INDIVIDUALLY,

AND AS A 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.

FRIDAY, MARCH 7, 2025

VOLUME I

PAGE

MORNING SESSION                                          10

AFTERNOON SESSION                                       111

EXAMINATION OF ANDREA BARTZ AS AN INDIVIDUAL

      BY MR. FARRIS                                      13

     (Pages 1 through 231)

EXAMINATION OF ANDREA BARTZ AS A 30(b)(6)

WITNESS FOR ANDREA BARTZ, INC.

      BY MR. FARRIS                                     232

     (Pages 232 through 252)

---oOo---

E X H I B I T S

DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION

[* Document designated "HIGHLY CONFIDENTIAL."]

[** Document designated "CONFIDENTIAL"]

---oOo---

EXHIBIT NO.    DESCRIPTION                              PAGE

Exhibit 47    Multipage excerpt from the                68

                LinkedIn page for Andrea

                Bartz (No Bates numbers)

/ / / / /

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

E X H I B I T S
(Continued)

EXHIBIT NO.    DESCRIPTION                              PAGE

Exhibit 48     Multipage document titled                 84
               "PLAINTIFFS ANDREA BARTZ AND
               ANDREA BARTZ, INC.'S FIRST
               SUPPLEMENTAL RESPONSES TO
               FIRST SET OF REQUESTS FOR
               PRODUCTION OF DOCUMENTS
               (NOS. 1-84)" (No Bates numbers)

Exhibit 49     Two-page document on the letter-          95
               head of ANDREA BARTZ, with
               the heading "ABOUT ANDI"
               (No Bates numbers)

Exhibit 50     Multipage document, the first             96
               page of which is on the letter-
               head of Page Vault, showing
               information regarding the
               document titled "Stuff Hipsters
               Hate" (No Bates numbers)

Exhibit 51 **  Three-page e-mail dated 7/29/            119
               2019, addressed to andreambartz@
               gmail.com, from LinkedIn
               Customer Support "Subject:
               Notice of Copyright Infringe-
               ment..." (BARTZ000003577 -
               BARTZ000003579)

Exhibit 52 **  Multipage document on the letter-       138
               head of N.Y.S. DEPARTMENT OF
               STATE, titled "ONLINE FILING
               RECEIPT," dated as "FILED:
               01/20/2016"(BARTZ000000274 -
               BARTZ000000277)

Exhibit 53     Two-page document on the letter-        145
               head of Copyright, United States
               Copyright Office, titled "Public
               Catalog" (BARTZ000000266 -
               BARTZ000000267)

/ / / / /
/ / / / /

Page 3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

E X H I B I T S
(Continued)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 54 | Two-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (BARTZ000000262 - BARTZ000000263) | 146 |
| Exhibit 55 ** | Multipage e-mail chain, the top-most of which is dated 9/28/ 2020, addressed to Weishuhn, Caroline, from Andrea Bartz, "Subject: Re: THE HERD Page Proofs" (BARTZ000003412 - BARTZ000003415) | 148 |
| Exhibit 56 ** | Multipage document, the first two pages of which are a letter on the letterhead of RANDOM HOUSE, dated October 22, 2020, addressed to Andrea Bartz Inc., from William J. Takes (BARTZ000003382 - BARTZ000003385) | 153 |
| Exhibit 57 | Two-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (BARTZ000000260 - BARTZ000000261) | 156 |
| Exhibit 58 | Two-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (BARTZ000000264 - BARTZ000000265) | 157 |
| Exhibit 59 * | One-page document titled "ASSIGNMENT" dated as effective April 15, 2021 (BARTZ000002334) | 158 |
| Exhibit 60 ** | One-page document titled "ASSIGNMENT" dated as effective February 28, 2025 (BARTZ000004686) | 164 |

/ / / / /

Page 4

CONFIDENTIAL

E X H I B I T S
(Continued)

EXHIBIT NO.    DESCRIPTION                                    PAGE

Exhibit 61 **  One-page letter on the letter-        167
               head of ICM PARTNERS, undated,
               unsigned, addressed "Dear
               Andi," regarding "THE LOST
               NIGHT" (BARTZ000000001)

Exhibit 62 *   Multipage agreement on the letter-    172
               head of Penguin Random House,
               dated 2017, regarding "THE LOST
               NIGHT" (BARTZ000000006 -
               BARTZ000000022)

Exhibit 63 **  Multipage agreement on the letter-    190
               head of Penguin Random House,
               dated the 12th day of November,
               2019, regarding "Work #1: THE
               VISITORS..."  (Designated
               "CONFIDENTIAL - ATTORNEYS'
               EYES ONLY") (BARTZ000003427 -
               BARTZ000003454)

Exhibit 64 **  Three-page listing of works          195
               in progress (Designated
               "CONFIDENTIAL - ATTORNEYS'
               EYES ONLY") (BARTZ000004687 -
               BARTZ000004689)

Exhibit 65     One-page printout on the letter-      197
               head of Copyright, United States
               Copyright Office showing a
               search for the name "bartz
               andrea" (No Bates number)

Exhibit 66 **  Multipage letter on the letter-       209
               head of CROWN Penguin Random
               House, dated January 28, 2025,
               addressed to Andrea Bartz Inc.,
               with the heading "Royalty
               Summary Statement For Period
               April 01, 2024 to September 30,
               2024" (Designated "CONFIDENTIAL -
               ATTORNEYS' EYES ONLY")
               (BARTZ000002339 - BARTZ000002342)

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

E X H I B I T S
(Continued)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 67 ** | One-page document on the letterhead of ICM PARTNERS, dated 02/12/2020, titled "Electronic Transfer Detail" (Designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY") (BARTZ000000278) | 213 |
| Exhibit 68 | One-page document with the heading "Penguin Random House Author Portal..." for Andrea Bartz (BARTZ000000957) | 214 |
| Exhibit 69 | Multipage document with the heading "Penguin Random House Author Portal..." for Andrea Bartz (All pages numbered BARTZ000000960) | 215 |
| Exhibit 70 ** | One-page document on the letterhead of Penguin Random House, titled "Author Portal, THE LOST NIGHT, Sales from Mar 02, 2019 - Jan 04, 2025" (Designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY") (BARTZ000000958) | 216 |
| Exhibit 71 | Multipage document titled "ANTHROPIC PBC'S AMENDED NOTICE OF 30(b)(6) DEPOSITION OF ANDREA BARTZ, INC." (No Bates numbers) | 233 |

---oOo---

PREVIOUSLY MARKED EXHIBITS
REFERRED TO HEREIN

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 23 | Multipage document titled "FIRST AMENDED CLASS ACTION COMPLAINT" (No Bates numbers) | 111 |

---oOo---

Page 6

Q.   Okay.  How long is your longest book,    09:56:30
approximately?    09:56:32

You don't have to give me a page number.    09:56:33

A.   In the neighborhood of a hundred thousand    09:56:35
words.    09:56:37

Q.   Okay.  And how long was your shortest    09:56:38
book, approximately?    09:56:43

A.   Maybe 90,000 words.    09:56:46

Q.   Okay.  Do you think the amount you'd be    09:56:48
willing to license your works as training data to an    09:56:52
LLM for would depend on the number of words in the    09:56:55
book?    09:56:57

MS. GEMAN:  Objection.    09:56:57

THE WITNESS:  I don't know.    09:56:57

BY MR. FARRIS:    09:56:58

Q.   You understand you brought this lawsuit on    09:57:17
behalf of a class of individuals?    09:57:18

A.   My understanding is it's a class of, yeah,    09:57:22
individuals and entities that own copyrights.    09:57:24

Q.   Okay.  And you know you are -- you are a    09:57:29
representative of that class?    09:57:31

A.   Yes.    09:57:32

Q.   All right.  Can you describe for me who    09:57:33
the members of the class are, as you understand it?    09:57:35

A.   My understanding is that it's the    09:57:38

Page 49

CONFIDENTIAL

individuals and entities that are owners of the  09:57:41

copyrighted books that have been used by Anthropic  09:57:45

without licensing as training data for their LLMs.  09:57:50

Q.   Okay.  As far as you understand, is there  09:57:55

just one class of people or entities or more than  09:58:01

one?  09:58:04

MS. GEMAN:  Objection.  09:58:05

THE WITNESS:  I'm not sure.  09:58:05

BY MR. FARRIS:  09:58:06

Q.   Okay.  What do you understand your role  09:58:07

to be as the representative of that class?  09:58:09

A.   I believe my role is to represent the  09:58:16

class and ensure a equitable outcome for -- to the  09:58:19

best of my ability for all the people I'm  09:58:31

representing.  09:58:33

Q.   Anything else?  09:58:35

A.   Can you repeat the original question?  09:58:44

Q.   Sure.  09:58:46

I just wanted to know what -- what do you  09:58:47

understand about your -- your role as the class  09:58:48

representative?  09:58:50

What -- what types of duties do you have,  09:58:51

other than what you've told me?  09:58:53

MS. GEMAN:  Objection.  09:58:54

THE WITNESS:  So what kind of duties?  09:58:58

Page 50

CONFIDENTIAL

That was a different question.   09:59:00

BY MR. FARRIS:   09:59:01

Q.   Yeah, you're right.   09:59:01

So let me just -- if I ask it a different   09:59:03
way, do you understand that you have any duties to   09:59:05
the class other than anything you've already said?   09:59:07

A.   No.   I -- I believe I covered it.   09:59:12

Q.   Okay.   Did you review the original   09:59:14
Complaint in this case before it was filed?   09:59:21

A.   Yes.   09:59:24

Q.   Without telling me the substance of   09:59:26
anything you said to your lawyers, did you provide   09:59:27
input about what the allegations would be?   09:59:29

MS. GEMAN:   I'm just going to caution you   09:59:34
not to reveal any discussions with counsel.   09:59:36

So if you can answer that question without   09:59:38
describing the content of communications, you're   09:59:41
free to answer.   09:59:44

THE WITNESS:   Can you repeat the question,   09:59:46
please?   09:59:48

BY MR. FARRIS:   09:59:49

Q.   Yeah.   09:59:49

Did you feel like you provided input on   09:59:50
what the allegations should be?   09:59:52

MS. GEMAN:   Sorry.   The question was, did   09:59:55

Page 51

CONFIDENTIAL

you -- okay.                                          09:59:57

THE WITNESS:  Yes.                                    10:00:00

BY MR. FARRIS:                                        10:00:01

Q.    Do you know how many versions of the            10:00:02
Complaint have been filed?                            10:00:04

A.    I'm not positive.                               10:00:07

Q.    Okay.  Did you -- well, how did you get         10:00:09
connected with the lawyers that represent you in      10:00:16
this case?                                            10:00:18

A.    I had contacted counsel after discovering       10:00:20
that my works appeared to be part of a dataset that   10:00:26
Anthropic had used.                                   10:00:30

Q.    How did you discover that your works            10:00:35
appeared to be part of a dataset that Anthropic had   10:00:38
used?                                                 10:00:41

A.    There was an article in The Atlantic that       10:00:43
talked about the dataset and included a sort of       10:00:47
search function for checking what books were likely   10:00:50
in there.                                             10:00:56

Q.    Do you remember, did you read that in a         10:00:58
print edition of The Atlantic or an online version?   10:01:00

A.    I believe it was online.                        10:01:06

Q.    How did the article come to your                10:01:07
attention?                                            10:01:09

A.    I -- I am not sure.                             10:01:11

Page 52

CONFIDENTIAL

A.    I'm not sure.                                    10:02:31

Q.    Okay.  Did you get a referral to those          10:02:32
lawyers somehow, the lawyers you reached out to in    10:02:35
the first place?                                       10:02:38

A.    I don't remember how I found them.              10:02:43

Q.    When was the first time, if any, you met        10:02:57
in person with a lawyer to discuss this case?         10:02:59

A.    Yesterday.                                       10:03:06

Q.    Okay.  Before the case was filed in            10:03:07
August of this year [sic], how -- had you done phone  10:03:13
calls with your lawyers?                               10:03:18

MS. GEMAN:  I'm just reminding you not to             10:03:22
disclose the content of any calls or communications.  10:03:24

THE WITNESS:  The question was, did I have           10:03:27
phone calls?                                           10:03:29

BY MR. FARRIS:                                         10:03:29

Q.    Yes.                                             10:03:30

A.    Yes.                                             10:03:30

Q.    Okay.  Do you recall how many times you've      10:03:31
talked to your lawyers on the phone before the case   10:03:32
was filed?                                             10:03:35

A.    I would estimate three to five times.          10:03:39

Q.    Okay.  Do you understand that as a named        10:03:43
plaintiff that you could be called as a witness to    10:04:08
testify at a jury trial if this goes that far?        10:04:10

Page 54

CONFIDENTIAL

A.    Yes.                                                        10:04:14

Q.    Would you be willing to travel to                          10:04:15

San Francisco to do that if you were required to?               10:04:17

A.    Yes.                                                        10:04:19

Q.    Did you sign a written agreement with your                10:04:27

lawyers about their representation of you in this               10:04:30

case?                                                           10:04:32

A.    I believe so.                                             10:04:39

Q.    Do you recall when you signed it?                         10:04:42

A.    I believe it would be August '24.                        10:04:49

Q.    Okay.  Do you know if you have signed any                10:04:53

other written agreements with your lawyers other               10:04:56

than that one time?                                            10:04:58

A.    Of any kind?                                             10:05:01

Q.    Yeah.                                                     10:05:03

A.    You're asking if I've signed any documents              10:05:06

or specifically --                                             10:05:09

Q.    Agreements with your lawyers -- not,                     10:05:10

like, just generally documents in the case; like,             10:05:12

something that actually sets forth the terms of your          10:05:14

representation by counsel.                                     10:05:17

A.    Not that I can recall.                                   10:05:20

Q.    Okay.  Are your lawyers paying your                      10:05:26

expenses related to this litigation?                          10:05:27

A.    My lawyers booked my travel for this                    10:05:32

Page 55

CONFIDENTIAL

BY MR. FARRIS:

Q. Did you sign up?

A. No.

Q. Why not?

A. This happened recently. And I'm still thinking about it.

Q. Okay. Okay. Have you had any communication or interaction with Certified Made by Humans other than the webinar?

A. No.

Q. Have you ever heard of an organization called the Authors Alliance?

A. No.

MR. FARRIS: Okay. Sorry. I had this issue with Ms. Salinas the other day. The table is really long, so it's sort of hard to throw things at you, and it's not -- it's not aggressive.

MS. GEMAN: That's okay. I know.

THE REPORTER: This is Exhibit 48.

(Deposition Exhibit 48 was marked for identification.)

MR. FARRIS: Okay. Exhibit 48 is -- is one of the documents from the litigation record in this case, which is titled "PLAINTIFF ANDREA BARTZ AND ANDREA BARTZ, INC.'S FIRST SUPPLEMENTAL

Page 84

CONFIDENTIAL

RESPONSES TO FIRST SET OF REQUEST FOR PRODUCTION OF 10:58:55

DOCUMENTS..." 10:58:59

Q. Do you see that, ma'am? 10:58:59

A. Yes. 10:59:01

Q. Okay. I'm not going to quiz you about 10:59:01

everything in this document. 10:59:05

But I want to ask, generally, do you 10:59:06

recall seeing something that was called a Request 10:59:08

for Production of Documents to you and -- and 10:59:10

working with your lawyers to respond to it? 10:59:13

A. Yes. 10:59:15

Q. Okay. Did you go out and then, 10:59:16

thereafter, look for documents to -- to produce 10:59:23

in this case? 10:59:25

MS. GEMAN: Objection. 10:59:26

THE WITNESS: Yes. 10:59:29

BY MR. FARRIS: 10:59:31

Q. Okay. What places did you search? 10:59:32

A. Generally, I searched my own e-mail. 10:59:38

And, also, I worked with a third-party 10:59:40

vendor to give them access to my e-mail, my social 10:59:43

media, and other similar things. 10:59:50

Q. Okay. Do you recall the name of the 10:59:54

vendor? 10:59:55

A. I don't recall. 10:59:56

Page 85

# EXHIBIT 28

CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

ANDREA BARTZ, ANDREA BARTZ, )
INC., CHARLES GRAEBER, KIRK )
WALLACE JOHNSON, MJ + KJ, )
INC., individually and on )
behalf of others similarly )
situated, )
                                )
            Plaintiffs, )
                                )
vs.                             )    No. 3:24-cv-05417
                                )
ANTHROPIC PBC,                  )
                                )
            Defendant.          )
_____)

TRANSCRIPT DESIGNATED "CONFIDENTIAL"

VIDEO-RECORDED DEPOSITION OF

CHARLES ANDREW GRAEBER

Volume I

Pages 1 through 235

_____

Wednesday, March 5, 2025

San Francisco, California

Reported By:  JANE GROSSMAN, CSR No. 5225

Job No. SF 7222284

Page 1

CONFIDENTIAL

I N D E X

VIDEO-RECORDED DEPOSITION OF CHARLES ANDREW GRAEBER

WEDNESDAY, MARCH 5, 2025

VOLUME I

                                                  PAGE

MORNING SESSION                                      9

AFTERNOON SESSION                                  146

EXAMINATION BY:    MR. FARRIS                       11

                    ---oOo---

            E X H I B I T S

    DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION

       [* Document designated HIGHLY CONFIDENTIAL."]

          [** Document designated "CONFIDENTIAL"]

                    ---oOo---

EXHIBIT NO.    DESCRIPTION                         PAGE

Exhibit 1    Multipage excerpt from LinkedIn        60
             Re:  Charles Graeber (No Bates
             numbers)

Exhibit 2    Multipage excerpt from LinkedIn        61
             for Charles Graeber with the
             heading "Experience" (No Bates
             numbers)


Exhibit 3    Multipage document titled              75
             "PLAINTIFF CHARLES GRAEBER'S
             FIRST SUPPLEMENTAL RESPONSES
             TO FIRST SET OF REQUESTS FOR
             PRODUCTION OF DOCUMENTS
             (NOS. 1-83)" (No Bates numbers)

/ / / / /

/ / / / /


                                        Page 2

CONFIDENTIAL

E X H I B I T S
(Continued)

EXHIBIT NO.    DESCRIPTION                                    PAGE

Exhibit 4      One-page screenshot from a                      81
               Twitter account with the
               Twitter handle "@TheGoodNurseBK"
               (No Bates number)

Exhibit 5      Two-page printout of the bio page               85
               from the URL charlesgraeber.com
               (No Bates numbers)

Exhibit 6      One-page screenshot from a                      93
               Twitter account with the
               Twitter handle "@TheGoodNurseBK,"
               dated March 26th, 2024
               (No Bates number)

Exhibit 7      Multipage document titled                       97
               "FIRST AMENDED CLASS ACTION
               COMPLAINT" (No Bates numbers)

Exhibit 8 **   Manuscript for The Good Nurse                   116
               (BARTZ000001676 - BARTZ000001995)

Exhibit 9      Two-page document on the letter-                124
               head of Copyright, United States
               Copyright Office, titled "Public
               Catalog" (BARTZ000000256 -
               BARTZ000000257)

Exhibit 10 *   Multipage agreement on the letter-              127
               head of GRAND CENTRAL PUBLISHING,
               dated September 6, 2007
               (BARTZ000000207 - BARTZ000000224)

Exhibit 11 *   One-page document on the letter-                153
               head of WOODCUT MEDIA, titled
               "ADULT CONTRIBUTOR'S CONSENT
               FORM," dated as signed 08/20/2024
               (BARTZ000000242)

/ / / / /
/ / / / /

Page 3

CONFIDENTIAL

E X H I B I T S

(Continued)

EXHIBIT NO.    DESCRIPTION                                    PAGE

Exhibit 12 *   Multipage letter on the letter-          155
               head of 22nd Street Entertainment,
               LLC, "Dated as of December 16, 2019,"
               addressed to Charles Graeber
               (BARTZ000004621 - BARTZ000004672)

Exhibit 13 *   Three-page document on the letter-       158
               head of Writers House LLC,
               addressed to Having & Selling LLC,
               titled "Consolidated 2024 Tax
               Statement..." (BARTZ000002331 -
               BARTZ000002333)

Exhibit 14 **  Manuscript for The Breakthrough          175
               BARTZ000002011 - BARTZ000002330)

Exhibit 15     One-page document on the letter-         182
               head of Copyright, United States
               Copyright Office, titled "Public
               Catalog" (BARTZ000000255)

Exhibit 16 **  Multipage agreement on the letter-       183
               head of GRAND CENTRAL PUBLISHING,
               dated December 14, 2015,
               (BARTZ000000225 - BARTZ000000241)

Exhibit 17     Two-page document on the letter-         189
               head of Copyright, United States
               Copyright Office, titled "Public
               Catalog" (No Bates numbers)

Exhibit 18     One-page document on the letter-         192
               head of Copyright, United States
               Copyright Office, titled "Public
               Catalog" (No Bates number)

Exhibit 19 *   Multipage document on the letter-        197
               head of hachette Book Group,
               titled "The Good Nurse"
               (BARTZ000001996 - BARTZ000002010)

/ / / / /

Page 4

CONFIDENTIAL

E X H I B I T S

(Continued)

EXHIBIT NO.    DESCRIPTION                                    PAGE

Exhibit 20 ** Multipage document on the letter-        207
              head of hachette Book Group,
              titled "The Breakthrough"
              (BARTZ000003387 - BARTZ000003394)

Exhibit 21 *  Two-page document titled "SECOND         224
              PUBLICATION RIGHTS AGREEMENT,"
              dated July 22, 2019, with hand-
              written interlineations
              (BARTZ000003763 - BARTZ000003764)

Exhibit 22    Multipage document titled               226
              "PLAINTIFF CHARLES GRAEBER'S
              FIRST SUPPLEMENTAL RESPONSES TO
              DEFENDANT ANTHROPIC PBC'S
              FIRST SET OF INTERROGATORIES
              (NOS. 1-15)" (No Bates numbers)


                        ---oOo---

            Proceedings Commenced:  9:11 a.m.
                        RECESSES
                10:16 a.m. until 10:27 a.m.
                11:38 a.m. until 11:47 a.m.
          Luncheon Recess:  12:44 p.m. until 1:21 p.m.
                 2:11 p.m. until 2:19 p.m.
                 3:17 p.m. until 3:31 p.m.
            Proceedings Adjourned:  3:44 p.m.
                        ---oOo---

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

ANDREA BARTZ, ANDREA BARTZ, )
INC., CHARLES GRAEBER, KIRK )
WALLACE JOHNSON, MJ + KJ, )
INC., individually and on )
behalf of others similarly )
situated, )
                          )
        Plaintiffs, )
                          )
vs. )   No. 3:24-cv-05417
                          )
ANTHROPIC PBC, )
                          )
        Defendant. )
_____)

BE IT REMEMBERED that, pursuant to Notice of Taking Video-recorded Deposition, and on Wednesday, March 5, 2025, commencing at the hour of 9:11 a.m., and ending at the hour of 3:44 p.m., at the Law Offices of ARNOLD & PORTER KAYE SCHOLER LLP, Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024, before me, JANE GROSSMAN, a Certified Shorthand Reporter of the State of California, personally appeared

CHARLES ANDREW GRAEBER,

produced as a witness in said action, who, being first duly sworn by the Certified Shorthand Reporter, was thereupon examined as a witness in said cause.

Page 6

CONFIDENTIAL

A P P E A R A N C E S


FOR PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC.,
CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC.,
individually and on behalf of others similarly
situated:

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
713.651.9366
By:  ALEJANDRA C. SALINAS, Attorney at Law
asalinas@susmangodfrey.com

COLLIN FREDRICKS, Attorney at Law
cfredricks@susmangodfrey.com
REETU SINHA, Attorney at Law
rsinha@susmangodfrey.com

FOR PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC.,
CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC.,
individually and on behalf of others similarly
situated:

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
212.355.9500
By:  JACOB MILLER, Attorney at Law
(Present via Zoom)
jmiller@lchb.com

/ / / / /
/ / / / /
/ / / / /
/ / / / /

Page 7

CONFIDENTIAL

                    A P P E A R A N C E S

                         (Continued)

    FOR DEFENDANT ANTHROPIC PBC:

                ARNOLD & PORTER KAYE SCHOLER LLP

                Three Embarcadero Center, Tenth Floor

                San Francisco, California 94111-4024

                415.471.3100

                By:  JOSEPH FARRIS, Attorney at Law

                     Joseph.Farris@arnoldporter.com


                     OSCAR RAMALLO, Attorney at Law

                     (Present via Zoom)

                     Oscar.Ramallo@arnoldporter.com


                     JESSICA GILLOTTE, Attorney at Law

                     Jessica.Gillotte@arnoldporter.com

                     (Present via Zoom)


                     ALLY MYERS, Attorney at Law

                     Ally.Myers@arnoldporter.com


    ALSO PRESENT:

                REILLY LEET, Videographer

                        ---oOo---

                                                    Page 8

CONFIDENTIAL

BY MR. FARRIS:                                              09:59:36

Q.   Okay.  Do you believe there are authors of          09:59:37
very short books in this class?                           09:59:43

A.   I don't know.                                        09:59:47

Q.   What do you understand your role as the             09:59:55
class representative to be?                               09:59:57

A.   I'm simply here to tell my -- my truth and          10:00:02
to explain what happened to me and what was -- and        10:00:08
how my work was stolen and state my complaint.            10:00:15

Q.   Okay.  Do you understand that you have any          10:00:22
duties to the other people in your class?                 10:00:24

A.   I hope to -- to help the Court bring a              10:00:26
resolution that they would be -- they would be happy      10:00:35
with.                                                     10:00:38

Q.   Okay.  Do you -- do you understand any             10:00:39
other duties you might have to them?                      10:00:41

A.   I have no conflicts that I'm aware of.              10:00:43
I feel that I can represent them well.                    10:00:49

Q.   Okay.  Did you review the original                 10:00:51
Complaint in this case before it was filed?               10:01:03

A.   Before it was filed?  Yes, I -- I                   10:01:05
believe -- yes, I believe so.                             10:01:07

Q.   Without telling me the substance of any            10:01:09
communications with your lawyer, did you provide          10:01:11
input on what the allegations should be before it         10:01:12

Page 43

CONFIDENTIAL

was filed?                                                    10:01:15

A.   I don't believe -- well, I'm not -- I'm,                 10:01:21

frankly, not sure.                                            10:01:25

Q.   Okay.  Do you know how many versions of                  10:01:27

the Complaint have been filed?                                10:01:31

A.   No.                                                      10:01:33

Q.   Did you meet in person with the lawyers                  10:01:36

who filed this case before it was filed?                      10:01:39

A.   No.                                                      10:01:42

Q.   Did you have phone calls or Zoom calls                   10:01:46

with the lawyers in this case before it was filed?            10:01:49

A.   I -- yes, I believe so.                                  10:01:57

Q.   How many phone calls did you have with                   10:02:00

your lawyers before this case was filed?                      10:02:02

A.   I don't know.                                            10:02:05

Q.   Okay.  If you had to approximate how long                10:02:06

you spent actually discussing this case with a                10:02:10

lawyer before it was filed, could you give me an              10:02:12

estimate?                                                     10:02:15

A.   No.                                                      10:02:20

Q.   Would it be more than a few hours?                       10:02:22

A.   I honestly don't know.                                   10:02:25

Q.   All right.  How did you first get                        10:02:31

connected with the lawyers that represent you in              10:02:38

this lawsuit?                                                 10:02:39

Page 44

CONFIDENTIAL

The principal was Donovan Leitch,    10:54:00

L-e-i-t-c-h, yeah, like Mellow Yellow, Donovan.    10:54:03

Q.  Around when did you enter the option    10:54:13

agreement?    10:54:15

A.  It's been many years.    10:54:16

MR. FARRIS:  Okay.  I'll mark Exhibit 3.    10:54:52

Oh, I'm sorry.  I forgot our protocol.    10:54:56

(Deposition Exhibit 3 was marked for    10:54:59

identification.)    10:54:59

BY MR. FARRIS:    10:55:07

Q.  You get the official one.    10:55:07

A.  I see.    10:55:09

MR. FARRIS:  Exhibit 3 is a document from    10:55:18

this litigation called (as read) "PLAINTIFF CHARLES    10:55:24

GRAEBER'S FIRST SUPPLEMENTAL RESPONSES TO FIRST SET    10:55:28

OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1    10:55:30

THROUGH 83)."    10:55:34

Q.  Do you see that, sir?    10:55:35

A.  I do.    10:55:43

Q.  Do you know if you have reviewed the    10:55:44

Request for Production of Documents to you in this    10:55:46

case?    10:55:48

A.  I have.    10:55:48

Q.  Okay.  Did you go and search for certain    10:55:49

documents to provide to your attorneys in -- to    10:55:52

Page 75

CONFIDENTIAL

produce in this case?    10:55:56

A.    Yes.    10:55:58

Q.    Okay.   Where did you search for -- what    10:55:58
locations did you search for documents?    10:56:03

A.    On hard drives and in physical files and    10:56:07
on e-mail.    10:56:13

Q.    How many hard drives?    10:56:15

A.    All of them.    10:56:19

Q.    You have -- you have many?    10:56:22

A.    I have many.    10:56:23

Q.    Okay.   Okay.   Do you own a computer?    10:56:23

A.    I do.    10:56:41

Q.    Did you search the computer itself?    10:56:41

A.    Yes.    10:56:43

Q.    So one of the hard drives was the    10:56:45
computer's hard drive?    10:56:47

A.    That's correct.    10:56:48

Q.    Okay.   How many computers do you own?    10:56:49

A.    Can you define "computer"?    10:57:00

Q.    Well, I'm thinking of, like, a PC or,    10:57:06
like, a laptop, that sort of thing.    10:57:08

A.    I have one PC functional, one laptop    10:57:10
functional, one functional desktop, and one iPad.    10:57:20

Q.    Did you search all three of those devices    10:57:35
for documents that might be responsive in this case?    10:57:37

Page 76

# EXHIBIT 29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____
                                )
ANDREA BARTZ, ANDREA BARTZ,   )
INC., CHARLES GRAEBER, KIRK   )
WALLACE JOHNSON, MJ + KJ,     )
INC., individually and on     )
behalf of others similarly    )
situated,                     )
                              )
      Plaintiffs,           )
                              )
   vs.                        ) No. 3:24-cv-05417
                              )
ANTHROPIC PBC,                )
                              )
      Defendant.            )
_____)

VIDEOTAPED DEPOSITION OF KIRK WALLACE JOHNSON

Los Angeles, California

Thursday, March 6, 2025

Reported by:

RENEE A. PACHECO, RPR, CLR

CSR No. 11564

Job No. 7222286

PAGES 1 - 227

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


_____

)

ANDREA BARTZ, ANDREA BARTZ,   )
INC., CHARLES GRAEBER, KIRK   )
WALLACE JOHNSON, MJ + KJ,     )
INC., individually and on     )
behalf of others similarly    )
situated,,                    )
                              )
          Plaintiffs,         )
                              )
      vs.                     ) No. 3:24-cv-05417
                              )
ANTHROPIC PBC,                )
                              )
          Defendant.          )
_____)


         Videotaped deposition of KIRK WALLACE JOHNSON, taken on behalf of Defendant, taken at 777 South Figueroa Street, Los Angeles, California, beginning at 9:17 a.m. and ending at 5:21 p.m. on Thursday, March 6, 2025, before RENEE A. PACHECO, Certified Shorthand Reporter No. 11564, RPR, CLR.

Page 2

APPEARANCES:


For Plaintiffs:

    SUSMAN GODFREY LLP

    BY:  JORDAN W. CONNORS, ESQ.

    401 Union Street, Suite 3000

    Seattle, Washington 98101

    (206) 516-3880

    Jconnors@susmangodfrey.com


    SUSMAN GODFREY L.L.P

    By:  COLLIN FREDRICKS, ESQ.

    1000 Louisiana Street, Suite 5100

    Houston, Texas 77002-5096

    (713) 651-9366

    Cfredricks@susmangodfrey.com


For Defendant:

    ARNOLD & PORTER KAYE SCHOLER LLP

    BY:  OSCAR D. RAMALLO, ESQ.

    777 South Figueroa Street, 44th Floor

    Los Angeles, California 90017-5844

    (213) 243-4290

    oscar.ramallo@arnoldporter.com


Page 3

APPEARANCES (Continued):


Also Present:  (Via Zoom)

     Ally Myers

     Cameron Klein

     Joe Farris

     Jessica Gillotte

     Reetu Sinha


Videographer:

     Tristen Knudsen

Page 4

INDEX

DEPONENT                                    EXAMINATION

KIRK WALLACE JOHNSON

          BY MR. RAMALLO                            9

          BY MR. RAMALLO 30(B)6                    184

                         EXHIBITS

DEFENDANT'S                                        PAGE

Exhibit 23   First Amended Complaint               68

Exhibit 24   Printout from                         75
             kirkwjohnson.com/about

Exhibit 25   Printout from website                 80

Exhibit 26   Printout from website                 83

Exhibit 27   Printout from website                 84

Exhibit 28   Plaintiff Kirk Wallace Johnson        92
             and MJ + KJ, Inc.'sFirst
             Supplement Responses to First
             Set of Request For Production
             of Documents

Exhibit 29   "My Books Were Used to Train         103
             Meta's Generative AI.  Good.
             It Can Have My Next One Too."
             By Ian Bogost

Exhibit 30   Article "It's Practically            104
             Impossible to Run a Big AI
             Company Ethically"

Exhibit 31   Copyright registration               111
             information for "To Be a
             Friend Is Fatal"

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

INDEX (CONTINUED)


                          EXHIBITS

DEFENDANT'S                                              PAGE

Exhibit 32   E-mail                              118

Exhibit 33   E-mail attachment                   118

Exhibit 34   E-mail                              130

Exhibit 35   Attachment to E-mail                131

Exhibit 36   Assignment of the copyright of      133
             books to MJ + KJ, Inc.

Exhibit 37   Agreement dated 8-24-15             143

Exhibit 38   Option Agreement                    149

Exhibit 39   TV Option for "The Feather          151
             Thief"

Exhibit 40   Assignment of the copyright of      156
             "The Feather Thief"

Exhibit 41   Book deal with Viking               160

Exhibit 42   Option for "The Fisherman and       164
             The Dragon"

Exhibit 43   Royalty Statement                   167

Exhibit 44   Royalty Statement                   168

Exhibit 45   Royalty Statement                   170

Exhibit 46   30(b)(6) Notice                     185



                  INSTRUCTION NOT TO ANSWER


                          (None)



                                              Page 6

be valued at over $60 billion.

Q   Is there anything else you can recall reading about Anthropic?

A   Not that I can recall right now.

Q   You are a plaintiff in this case; correct?        09:40AM

A   Yes.

Q   And you are suing my client, Anthropic?

A   Yes.

Q   Can you tell me in your own words what this case is about from your perspective?        09:40AM

A   Yes.   This case is about Anthropic's unlicensed use of pirated copies of my work and of thousands of other authors' work in order to train their LLMs.

Q   Do you know what the legal claims or causes        09:41AM of action are in the case?

A   I'm not a lawyer, but my understanding is that this is copyright infringement.

Q   What type of company do you understand Anthropic to be?        09:42AM

A   Sorry.  What type of company?

Q   Yes.

A   Do you mean like the -- the legal structure of it or what?  I guess I'm trying to understand what you're asking.        09:42AM

Page 21

that they didn't even try.

BY MR. RAMALLO:

Q   Do you understand that you brought this lawsuit on behalf of a class of individuals?

A   I do.                                        11:15AM

Q   And you're a class representative; is that correct?

A   Yes.

Q   Who would you say you represent as a plaintiff in this lawsuit?                        11:15AM

A   You're asking me to describe or define the class?

Q   I'm asking you who you view as -- as the group that you are representing?

A   I'm representing myself, my own work, and     11:15AM the work of thousands of other authors whose work has been infringed upon.

Q   What do you understand to be your role as a class representative?

A   In a very reductive sense, to not just look  11:16AM out for my own interest, but to consider the best interest of the class and to provide information that was requested by you all in discovery and to sit in a deposition like this.

Q   Did you review the original Complaint        11:16AM

Page 60

before it was filed?

A   I did.

Q   And without telling me the substance of any of your communications with your lawyers, did you provide input on what the allegations should be?   11:17AM

A   I can't recall.

Q   Did you meet with your lawyers before the case was filed?

A   In person.

Q   We'll start with in person.   11:17AM

Did you meet with them in person?

A   No.

Q   Did you meet with your lawyers before the case was filed over Zoom or similar technology?

A   I had phone calls with them, and my wife   11:17AM did as well, acting as my personal attorney.

Q   How many phone calls did you have with your attorneys prior to filing the lawsuit?

A   I don't know the exact number, but if you want an estimate, I would be guessing, but in the   11:18AM five to ten range.   I could be wrong about that.

Q   Did your wife have calls separate with you, or were you always on calls together when she was involved?

A   If I recall, she was on the initial call,   11:18AM

Page 61

with Jonathan Franzen?

A    I didn't say I had a conversation with him about -- I saw an article that he was suing.  In that article, I believe I read that it was Susman.

Q    Oh.                                              11:22AM

A    Yeah.

Q    Okay.  Thanks for the clarification.

So you didn't contact Jonathan Franzen; is that correct, to talk about this case?

A    Before -- before suing?                         11:22AM

Q    Before suing, yes.

A    No, I don't believe so.

Q    Have you talked to Jonathan Franzen about this case after suing?

A    I asked him a question about his experience     11:22AM
in his case, which is a separate case, but it was only about the discovery process.

Q    Do you understand as named plaintiff, you can be called as witness to testify at trial if the case goes to trial?                                      11:23AM

A    I do.

Q    Would you be willing to do that if it requires you to travel to San Francisco?

A    Yes.

Q    Do you have any understanding about whether    11:23AM

Page 63

# EXHIBIT 30

V15033 D264 P1

## ASSIGNMENT AND WORK FOR HIRE

In exchange for good and valuable consideration, the receipt and sufficiency of which are acknowledged, Kirk Johnson, having an address at 6927 Paseo Del Serra, Los Angeles, CA 90068 ("Author"), hereby acknowledges and agrees that Author hereby irrevocably sells, transfers, and assigns the entire right, title, and interest, including the right to sue for past infringement, in and to the work(s) as described in Schedule A attached hereto (the "Works") to MJ+KJ, Inc., having a principle place of business at 6927 Paseo Del Serra, Los Angeles, CA 90068 ("MJ+KJ") for all purposes under the Copyright Act. MJ+KJ shall own all rights in the Works including without limitation the right to transfer or license any of its rights and to prepare derivative works based upon the Works (including without limitation all worldwide rights under copyright) in all media now known or as may hereafter be developed.

If and to the extent that Author adds to, updates, modifies, edits, adapts, creates derivative works from, or otherwise creates new copyrightable material relating to the Works ("New Material"), Author acknowledges and agrees that all such New Material is expressly commissioned by MJ+KJ, will be considered "work made for hire" as defined under the US Copyright Act, and shall be owned solely and exclusively by MJ+KJ. In the event that any such copyrightable New Material may be held not to be work made for hire, Author agrees that this Agreement is and shall be deemed to be a sufficient assignment of Author's entire right and interest in that copyrightable New Material to MJ+KJ.

All trademarks and copyrights with respect to the Works and New Material shall be registered in the name of MJ+KJ. Author further agrees to take all actions and execute and deliver all documents requested by MJ+KJ in order to evidence the assignment of Author's rights in and to the Works and New Material.

MJ+KJ shall accord credit to Author, or cause Author to be accorded credit as the author of the Works. Casual or inadvertent failure to accord such credits shall not constitute a breach of this agreement; provided, however, that after receipt of notice of such failure, MJ+KJ agrees to take all reasonable and necessary steps to cure such failure. Author hereby grants to MJ+KJ the perpetual worldwide right to use and permit others to use Author's name, likeness, and biographical material in any promotions and advertisements relating to the Works or MJ+KJ.

This Agreement shall be governed according to the laws and exclusively in the state and federal courts of the State of California. Author and MJ+KJ accept the personal jurisdiction and waive any objections to the venue of such courts. In no event shall Author be entitled to seek or obtain injunctive or other equitable relief in respect of any breach hereof.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the date written below.

AGREED:

Author

Signed By: _____
Kirk Johnson

SSN: 3~9 - 76 - 7947

Date Signed: 1/28/2025

MJ+KJ, Inc.

Signed By: _____
Kirk Johnson
President,
MJ+KJ, Inc.

Date Signed: 1/28/2025

HIGHLY CONFIDENTIAL

BARTZ000004690

V15033 D264 P2

## SCHEDULE A

### The Works

*To Be A Friend Is Fatal,* copyright 2013

*The Feather Thief,* copyright 2015

*The Fishermen and the Dragon,* copyright 2019

HIGHLY CONFIDENTIAL

BARTZ000004691

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

March 14, 2025
_____

Date of Recordation

15033                                264
_____

Volume                        Doc.No.

BARTZ000004692

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-912-519**
**Effective Date of Registration:**
November 12, 2020
**Registration Decision Date:**
November 23, 2020

---

## Title

**Title of Work:**   THE HERD   A Novel

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   March 24, 2020
**Nation of 1st Publication:**   United States
**International Standard Number:**   ISBN 9781984826367

## Author

- **Author:**   Andrea Bartz
  **Author Created:**   text
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Andrea Bartz Inc.
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Ballantine Books
**Address:**   1745 Broadway
5th Floor
New York, NY 10019 United States

## Certification

**Name:**   Deborah Foley

Page 1 of 2

BARTZ000004693

Registration #:  TX0008912519
Service Request #:  1-9810286462

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004694

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-858-704

**Effective Date of Registration:**
November 07, 2019
**Registration Decision Date:**
March 31, 2020

## Title

**Title of Work:**   THE LOST NIGHT: A Novel

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   February 26, 2019
**Nation of 1st Publication:**   United States
**International Standard Number:**   ISBN 9780525574712

## Author

- **Author:**   Andrea Bartz
**Author Created:**   text
**Work made for hire:**   No
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Andrea Bartz Inc.
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Crown Archetype
**Address:**   c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

Page 1 of 2

BARTZ000004695

Registration #:   TX0008858704
Service Request #:   1-8235002322

Penguin Random House LLC
Michele Park
1745 Broadway, 14th Fl.
New York, NY 10019

BARTZ000004696

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-301-448**

**Effective Date of Registration:**
June 27, 2023
**Registration Decision Date:**
August 21, 2023

## Title

| | |
|---|---|
| **Title of Work:** | THE SPARE ROOM   A Novel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | June 20, 2023 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781984820495 |

## Author

| | |
|---|---|
| **Author:** | Andrea Bartz |
| **Author Created:** | text |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Andrea Bartz Inc.<br>c/o International Creative Management Partners LLC, 65 East 55th Street, New York, NY, 10022, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ballantine Books |
| **Address:** | 1745 Broadway<br>New York, NY 10019 United States |

## Certification

| | |
|---|---|
| **Name:** | Deborah Foley |

Page 1 of 2

BARTZ000004697

Registration #: TX0009301448
Service Request #: 1-12697667368

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004698

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-000-657**

**Effective Date of Registration:**
August 10, 2021

**Registration Decision Date:**
September 01, 2021

## Title

**Title of Work:** WE WERE NEVER HERE  A Novel

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 03, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781984820464

## Author

- **Author:** Andrea Bartz
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Andrea Bartz Inc.
c/o International Creative Management Partners LLC, 65 E. 55th Street, New York, NY, 10022, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Ballantine Books
**Address:** 1745 Broadway
5th Floor
New York, NY 10019 United States

## Certification

Page 1 of 2

BARTZ000004699

Registration #:   TX0009000657
Service Request #:   1-10746725413

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004700

Additional Certificate (17 U.S.C. 705)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-680-299**

**Effective Date of Registration:**
December 12, 2018

## Title

**Title of Work:** The Breakthrough

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 13, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781455568505

## Author

- **Author:** Charles Graeber
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Charles Graeber
c/o Hachette Book Group, 1290 Avenue of the Americas, 4th Floor, New York, NY, 10104, United States

## Certification

**Name:** Jillian P Mannarino
**Date:** December 11, 2018

BARTZ000004701

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-731-544

**Effective date of registration:**

May 30, 2013

---

## Title

**Title of Work:** The Good Nurse: A True Story of Medicine, Madness, and Murder

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 15, 2013      **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          9780446505291

## Author

■      **Author:** Charles Graeber

**Author Created:** text

**Citizen of:** not known          **Domiciled in:** not known

## Copyright claimant

**Copyright Claimant:** Charles Graeber

c/o Hachette Book Group, 237 Park Ave, New York, NY, 10017, United States

## Certification

**Name:** Stephanie Robinson

**Date:** May 28, 2013

---

**Copyright Office notes:** Regarding limitation of claim: statement on deposit indicates some text preexisting.

Page 1 of 1

BARTZ000004702

Additional Certificate (TX0008590664)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-590-664

**Effective Date of Registration:**
June 21, 2018

---

## Title

**Title of Work:** THE FEATHER THIEF: BEAUTY, OBSESSION, AND THE NATURAL
HISTORY HEIST OF THE CENTURY by Kirk Wallace Johnson

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 24, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-101-98161-0

## Author

- **Author:** MJ + KJ, Inc. (employer of Kirk Wallace Johnson)
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** MJ + KJ, Inc.
c/o Kneerim & Williams, 90 Canal Street, Boston, MA, 02114

## Certification

**Name:** Tsuyako Uehara
**Date:** June 19, 2018

---

Page 1 of 1

BARTZ000004703

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-212-326

**Effective Date of Registration:**
October 14, 2022
**Registration Decision Date:**
January 12, 2023

## Title

| | |
|---|---|
| **Title of Work:** | THE FISHERMEN AND THE DRAGON: Fear, Greed, and a Fight for Justice on the Gulf Coast |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | August 09, 2022 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-1-9848-8012-3 |

## Author

| | |
|---|---|
| • **Author:** | MJ + KJ, Inc. (employer of Kirk Wallace Johnson) |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MJ + KJ, Inc. c/o The Kneerim & Williams Agency LLC, 90 Canal Street 1st Fl, Boston, MA, 02114 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Brief quotes and images from other sources. |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Viking |
| **Address:** | c/o Penguin Random House LLC 1745 Broadway |

Page 1 of 2

BARTZ000004704

Registration #:   TX0009212326
Service Request #:   1-11783525502

Penguin Random House LLC
Anna Scheithauer
1745 Broadway
14th Floor
New York, NY 10019

BARTZ000004705

Additional Certificate (CR 0.5)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-764-797

**Effective date of
registration:**

September 6, 2013

## Title

| | |
|---|---|
| **Title of Work:** | To Be A Friend Is Fatal |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 3, 2013   **Nation of 1st Publication:** United States |
| **International Standard Number:** | ISBN   9781476710488 |

## Author

| | |
|---|---|
| ■   **Author:** | Kirk W. Johnson |
| **Author Created:** | text, compilation |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Kirk W. Johnson |
| | c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Quotes and photos from various sources |
| **New material included in claim:** | text, compilation |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Simon & Schuster Permissions Dept. |
| **Address:** | c/o Simon & Schuster, Inc. |
| | 1230 Avenue of the Americas |
| | New York, NY 10020  United States |

## Certification

Page 1 of 2

BARTZ000004706

Registration #:  TX0007764797
Service Request #:  1-989049183

Simon & Schuster, Inc.
Stacy Skolnik
1230 Avenue of the Americas
17th Floor
New York, NY 10020  United States

BARTZ000004707


United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = To Be A Friend is Fatal
Search Results: Displaying 2 of 2 entries



Labeled View

*To Be A Friend Is Fatal ; Reg. TX0007764797 (2013).*

**Type of Work:** Recorded Document
**Document Number:** V15033D264
**Date of Recordation:** 2025-03-14
**Entire Copyright Document:** V15033 D264 P1-2
**Date of Execution:** 28Jan25
**Registration Number Not Verified:** TX0007764797
**Title:** To Be A Friend Is Fatal ; Book Reg. TX0007764797 (2013).
**Notes:** Assignment And Work For Hire.
**Party 1:** Kirk Johnson
MJ+KJ, Inc.

**Names:** Johnson, Kirk
MJ+KJ, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record ⌄ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

BARTZ000004708

# EXHIBIT 31

**Pages 1 - 21**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

ANDREA BARTZ, individually and )
on behalf of others similarly  )
situated,                       )
                                )
           Plaintiffs,          )
                                )
  VS.                           )      **NO. C 24-05417 WHA**
                                )
ANTHROPIC PBC,                  )
                                )
           Defendant.           )
                                )

San Francisco, California
Tuesday, February 25, 2025

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
250 Hudson Street - 8th Floor
New York, New York 10013
BY: **RACHEL GEMAN, ATTORNEY AT LAW**

SUSMAN GODFREY LLP
1000 Louisiana Street - Suite 5100
Houston, Texas  77002
BY: **COLLIN FREDRICKS, ATTORNEY AT LAW**

For Defendant:

ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center - 10th Floor
San Francisco, California  94111
BY: **DOUGLAS A. WINTHROP, ATTORNEY AT LAW**
    **ESTAYVAINE BRAGG, ATTORNEY AT LAW**
    **JESSICA L. GILLOTTE, ATTORNEY AT LAW**
    **JOSEPH R. FARRIS, ATTORNEY AT LAW**

Remotely Reported:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
                 U.S. District Court - Official Reporter

was the output.  There was no dispute about comparing the output that was there to the output that was in the book.  They were the same.  That was the whole point.  They wanted a copy and for a different use.  And the circuit -- the Second Circuit said that you ought to -- this was -- you ought to first consider the fair use arguments because that is going to inform you -- even if you reject them, that will inform your class certification at a minimum.

And the one example that you gave right there in the earlier questions about good faith is exactly an example of that.

THE COURT:  How would you even know who to move for summary judgment for since there are two different scenarios and play for the --

MR. WINTHROP:  We will move for summary judgment on the Plaintiffs before the Court, the Plaintiffs who sued us, and whatever their particular facts are and however their book was used.

THE COURT:  How many Plaintiffs do we have?

MR. WINTHROP:  There are three Plaintiffs essentially.  And can I just comment on one thing on your -- the example you gave is perfect because this good faith/bad faith issue; okay.

So, I would like to read from your decision in the *Google versus Oracle* case, the end of the case, the JMOL motions.  You said there was a respectable view that good or bad faith should

no longer be a consideration after the Supreme Court's decision in *Campbell versus Acuff-Rose* -- citations.  Put differently, either a use is objectively fair or it is not; and subjective worry over the issue arguably should not penalize the user.

In that very case the Supreme Court -- in your case, the *Google versus Oracle*, the Supreme Court said (as read:) "As for bad faith, our decision in *Campbell* expressed some skepticism about whether bad faith has any role in a fair use analysis" -- citation.  "We find this skepticism justifiable as, quote, copyright is a not a privileged reserved for the well-behaved," quote, quoting Judge Leval.

We believe we acted in good faith.  Please, let me make that clear; that we disagree fundamentally everything they have said about pirated and all that.  "Pirated" is just a jury phrase.  In the *Google versus Oracle*, Google and Oracle had license negotiations and they fell apart and Google decided to proceed and use what they were discussing in their license negotiations.  Was that pirated?  It was just unauthorized, and it is unauthorized because every fair use case is, quote, "unauthorized."  If it was authorized, it wouldn't be copyright infringement.  You wouldn't get to fair use.

My point is our view is good faith, bad faith, none of that is going to matter.  Their view is different.  You are going to have to decide that, and how you decide will implicate the class issues.  That's my point.