UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No. C 24-05417 WHA<br><br>**PERMISSION TO NEGOTIATE CLASS SETTLEMENT** |

Although normally counsel may not negotiate a class settlement prior to certification, this order permits counsel to try to do so. We are far enough along that any settlement should come sooner rather than later if the parties prefer that the undersigned judge manage the class approval process, given that the judge will likely take inactive status before the end of the year.

**IT IS SO ORDERED.**

Dated: May 23, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE