DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400

MARK LEMLEY (Bar No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:     (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:     (213) 243-4000
Facsimile:     (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 391-0600
Facsimile:     (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ANTHROPIC PBC,<br><br>                    Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Honorable William H. Alsup |

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Civil Local Rule 3-15, the undersigned supplements its Certificate of Interested Entities or Persons (ECF No. 51) and certifies that, apart from the named party, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Google LLC, which is a wholly owned subsidiary of Alphabet, Inc., and Amazon Web Services, Inc., which is a wholly owned subsidiary of Amazon.com, Inc.

Dated: May 30, 2025                          Respectfully submitted,

                                             **ARNOLD & PORTER KAYE SCHOLER LLP**

                                             By:  /s/ *Douglas A. Winthrop*
                                                  DOUGLAS A. WINTHROP

                                             *Attorneys for Defendant*
                                             ANTHROPIC PBC

-1-

ANTHROPIC PBC'S SUPPLEMENTAL                                    No. 3:24-CV-05417-WHA
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**<u>CERTIFICATE OF SERVICE</u>**

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DEFENDANT ANTHROPIC PBC'S SUPPLEMENTAL CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**.

Dated:  May 30, 2025

/s/ *Douglas A. Winthrop*

ANTHROPIC PBC'S SUPPLEMENTAL
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

No. 3:24-CV-05417-WHA