UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. C 24-05417 WHA <br><br> **ORDER RE DEFENSES BASED ON ADVICE OF COUNSEL** |

The deadline for asserting any defense based on advice of counsel will be **NOON ON JULY 31**, without prejudice to any argument that such defense already has been given up. Any assertion of such a defense must be accompanied by production of all documents, pro or con, bearing on the advice and reliance thereon.

Also by **NOON ON JULY 31**, defendant shall **SHOW CAUSE** why its third and eleventh affirmative defenses should not be stricken unless it produces all evidence of advice of counsel. Any response thereto shall be due **SEVEN DAYS LATER AT NOON**.

**IT IS SO ORDERED.**

Dated: July 24, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE