1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  ANDREA BARTZ, ANDREA BARTZ, INC.,          Case No. 3:24-cv-05417-WHA
    CHARLES GRAEBER, KIRK WALLACE
14  JOHNSON, and MJ + KJ, INC., individually and
    on behalf of others similarly situated,        **[PROPOSED] ORDER RE
15                                                  APPOINTING SPECIAL MASTER FOR
            Plaintiffs,                             DISCOVERY DISPUTES**

16
                                                   Judge: Hon. William Alsup
17     v.                                          Courtroom: 12, 19th Floor
                                                   Complaint Filed: August 19, 2024
18  ANTHROPIC PBC,                                 Trial Date: December 1, 2025

19          Defendant.

20

21

22

23

24

25

26

27

28

1    **IT IS HEREBY ORDERED THAT:**

2        Having considered the Parties' Joint Stipulation re Special Master for Discovery Disputes

3    (Dkt. No. 288, reprinted below), the Court hereby GRANTS the Joint Stipulation.  For

4    avoidance of doubt, the district judge will decide plaintiffs' letter motion to compel

5    communications involving third-party consultants (Dkt. No. 223, Part I).  And, referred to

6    Special Master McElhinny for decision are the remaining portions of plaintiffs' same letter

7    motion (Dkt. No. 223, Parts II-III), defendant's newly filed discovery dispute concerning Rule

8    30(b)(6) depositions (Dkt. No. 291), and all future discovery disputes.

9

10   Dated: August 8, 2025.

                                                              THE HONORABLE WILLIAM ALSUP
                                                                 United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>       Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER FOR DISCOVERY DISPUTES**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Complaint Filed: August 19, 2024<br>Trial Date: December 1, 2025 |

Pursuant to this Court's July 23, 2025 order, Dkt. 263, Plaintiffs Andrea Bartz, Andrea Bartz, Inc., Charles Graeber, Kirk Wallace Johnson, and MJ + KJ, Inc., and Defendant Anthropic PBC enter into the following stipulation, subject to the Court's approval, as follows:

WHEREAS, the Court has requested appointment of a Discovery Master in this matter pursuant to Fed. R. Civ. Proc. 53;

WHEREAS, the Court has proposed the appointment of Harold J. McElhinny to supervise discovery and resolve all discovery disputes;

WHEREAS, the Court requested that the parties assist the court in drafting the terms of reference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to approval by the Court:

1) The Parties accept the Court's proposed appointment of Harold J. McElhinny as a Discovery Master in this matter to supervise discovery and resolve all discovery disputes;

2) The Discovery Master shall serve until further order of the Court;

3) The Discovery Master shall be compensated for time reasonably expended in connection with this matter at the rate of $300 per hour and for any reasonably necessary out-of-pocket expenses;

4) The Discovery Master's fees shall be paid as follows: 50% by Plaintiffs and 50% by Defendant;

5) The Discovery Master has the authority to reallocate his fees, if circumstances warranted, to the more culpable party;

6) The Discovery Master has the authority to impose costs and attorney's fees to the prevailing side of a dispute according to Rule 37;

7) The Discovery Master's rulings would be final except as to matters of privilege, which maybe "appealed" pursuant to Fed. R. Civ. Proc. 53;

8) There shall be no ex parte communications with the Discovery Master;

9) The Discovery Master will proceed with all reasonable diligence;

Dated:  August 8, 2025

Respectfully submitted

By: /s/ *Justin A. Nelson*

Justin A. Nelson*
Alejandra C. Salinas*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Molly Karlin (SBN 266393)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
mgervais@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
Samir Doshi*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman*
Jacob S. Miller*
Danna Z. Elmasry*
**LIEFF CABRASER HEIMANN  &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé Dafa (SBN 290637)
Reily T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN  &**

By: /s/ *Kathleen R. Hartnett*

Kathleen R. Hartnett (SBN 314267)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA, 94111-4004
Telephone: (415) 693-2000
khartnett@cooley.com

Douglas A. Winthrop (SBN 183532)
Joseph Farris (SBN 263405)
Jessica L. Gillotte (SBN 333517)
Estayvaine Bragg (SBN 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embaradero Center, 10th Floor
San Francisco, CA 94111-4004
Telephone: (415) 471-3100
douglas.winthrop@arnoldporter.com
joseph.farris@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Daralyn J. Durie (SBN 169825)
Ramsey W. Fisher (SBN 334228)
Jackson Lane (SBN 351633)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
ddurie@mofo.com
ramseyfisher@mofo.com
jlane@mofo.com

Whitney R. O'Byrne (SBN 325698)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3453
Telephone: (213) 892-5200
wobyrne@mofo.com

Ephraim Mcdowell*
Alexander J. Kasner (SBN 310637)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
emcdowell@cooley.com
akasner@cooley.com

Mark Lemley (SBN 155830)
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000

**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
*(*Pro Hac Vice*)*

Los Angeles, CA 90017
Telephone: (213) 600-6063
mlemley@lex-lumina.com

Fitz Beckwith Collings*
Mary Prendergast (SBN 272737)
Aditya Vijay Kamdar (SBN 324567)
**MORRISON & FOERSTER LLP**
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
fcollings@mofo.com
MPrendergast@mofo.com
AKamdar@mofo.com

Attorneys for Defendant
ANTHROPIC PBC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 8, 2025                     /s/ *Rachel Geman*
                                                    Rachel Geman

4