1

2

3                    UNITED STATES DISTRICT COURT

4

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7   ANDREA BARTZ and KIRK WALLACE
    JOHNSON, individually, and ANDREA                No.   C 24-05417 WHA
8   BARTZ, INC., CHARLES GRAEBER, and
    MJ + KJ, INC., individually and as
9   representatives of the class,

10              Plaintiffs,                           **ORDER RE SETTLEMENT
                                                      IN PRINCIPLE**
11          v.

12  ANTHROPIC PBC,

13              Defendant.

14

15          The parties believe they have a settlement in principle reduced to a term sheet (Dkt.

16  No. 354).  Both sides shall file a motion for preliminary approval of class settlement by

17  **NOON SEPTEMBER 5** for hearing **NOON SEPTEMBER 8, 2025**.

18          The hearing scheduled for this Thursday, August 28, is **VACATED**.  The case will be

19  stayed in the event that both sides file the above motion by noon on September 5.  All

20  proceedings before Special Master McElhinny are **STAYED**, subject to resumption in the event

21  that the motion is not filed as represented by counsel, now by noon on September 5.

22          Nothing in this order affects the trial date or the final pretrial conference date or any other

23  trial-related date in the event that the settlement craters.

24          **IT IS SO ORDERED.**

25

26  Dated:  August 26, 2025.

27                                                   _____

28                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California