Sarah Ruden
255 Riverside Drive
Hamden CT 06518
sarahruden@gmail.com
203-901-9639

September 10, 2025

The Honorable William Alsup
U.S. District Court, Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102-3432

Your Honor:

I am a hardworking, award-winning author with fourteen published books to my credit. (Thirteen are listed at https://sarahruden.com; one is out of print.). I ask you earnestly not to allow any proposed settlement of the lawsuit against Anthropic, but to let the case go to trial.

You are no doubt familiar with the Google Book Deal proposed more than fifteen years ago. In that previous case of massive copyright infringement by a technology company, the "settlement" being pushed by the plaintiffs' and the defendants' attorneys, the Authors Guild, and book publishers—all in collusion against the interests of authors who were the main damaged party— was a permanent curtailment of our contracts, our intellectual property rights, and our protection against monopoly control of our livelihoods. This is the extent to which such parties "represent" us authors and look out for us in this sort of dispute.

There was no settlement of the case, but on its own the failure to go to trial was dire. Key arrangements that Google had presented as faits accomplis continued, and resemble the typical outcome of a U.S. class action. Through a back-room process, a giant corporation bought (for a pittance relative to its means and its misconduct) from attorneys and their cronies the right to continue the substance of its abuses unchecked. "Google Books" is a web platform that, to this day, gives away large portions of a massive number of copyrighted, in-print books, schooling readers in the "Gospel of Free" and helping substantially to curtail retail book sales. The basis for this trove of other people's intellectual property is the wholesale plunder of the University of Michigan libraries, disputed in the class-action lawsuit but never aired at a trial.

In the present legal environment, my working life is already a desperate struggle to produce at a rate that outruns new ways that new-media and technology companies and their collaborators (advertisers, publishers, self-promoting, do-nothing organizations claiming to represent professional writers) steal from me. I had three overlapping book contracts last year; but my income per celebrated, classroom-assigned book is continually being forced down by anti-competitive connivance.

Authors' *representatives* are strictly and solely our agents, who negotiate our contracts, fight our day-to-day battles for fair treatment, and benefit only by a percentage of our revenue; agents are our partners in this very challenging profession. Let *them* represent us for their usual 15%, if we are to be paid anything in a settlement. This would allow for a proper adversarial structure in negotiations, with parties positioned together who share essential material interests. But this would leave unagented authors in the lurch, at the mercy of people like the Authors Guild lawyer who sneered at me and brushed me off when I protested against the iniquitous Google Book Deal.

Much more in the interest of justice would be for you to insist on a trial, so that "our" lawyers are forced to make *our* case in public, on the record, and a few of us can testify in person to what it means to have a lifetime's work discounted, trivialized, misused, and stolen outright—and in this instance, used to "train" machines meant to replace us. What party whom you have heard from so far has talked to someone like me about the probable extent of the damage on the ground from the kind of piracy with which you are now concerned? I hiked across town from my high school to a university for advanced courses, earned a summa cum laude B.A. in three years, earned a Harvard Ph.D. in Classical Philology and an M.A. from the Johns Hopkins Writing Seminars, learned Classical Hebrew in addition to Classical Greek and Latin and other languages, worked desperately hard at the only profession open to me amid many misfortunes and disadvantages in my life—all in the increasingly laughable hope of financial independence and a secure old age. Instead of being able to enjoy my intellectual property rights, I find that they are, piece by piece, ripped away from me. And I'm told this this theft isn't important and that nothing can be done about it anyway. You know that this isn't the truth, and you are in a position to enforce more fairness and decency.

Yours sincerely,

Sarah Ruden