**Objection to Proposed Settlement**

Judith A. Barrett

994 Mill Pond Rd.

Pelham GA 31779

Email: judithabarrettauthor@gmail.com

Date: October 11, 2025

FILED

OCT 20 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
Class Action Clerk
United States District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

Re: Objection to Proposed Settlement
Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA

Dear Judge Alsup and Class Action Clerk,

I am submitting this letter to object to the proposed Settlement in the above-referenced case.

I am a member of the Class because my copyrighted works appear on the Works List. I am a rightsholder in at least one such work, identified below:

| Title | ISBN |
|---|---|
| Escape to Survive (Grid Down Survival Series) | 978-1-953870-27-8 |
| Bones in the Bayou | 978-1-953870-61-2 |
| Murder in the Mountains | 978-1-953870-52-0 |
| I Always Wanted to be a Spy Maggie Sloan Thriller #1 | 978-1-7322989-6-5 |
| The Girl Who Saw Clouds Grid Down Survival #0 | 978-1-7322989-3-4 (1st Edition) 978-1-953870-18-6 (2nd Edition) |
| Defy Death Riley Malloy Thriller #2 | 978-1-953870-63-6 |
| Tagged by Death Riley Malloy Thriller #1 | 978-1-953870-04-9 |

| Danger in the Wind<br>Grid Down Survival #2 | 978-1-7331241-6-4 |
|---|---|
| Danger in the Clouds<br>Grid Down Survival #1 | 978-1-7322989-4-1 |
| Sweet Deal Sealed | 978-1-7322989-0-3 (1st Edition)<br>978-1-7331241-4-0 (2nd Edition) |
| Sweet Deal Concealed | 978-1-7322989-8-9 |
| Sweet Deal Revealed | 978-1-7331241-0-2 |
| See Beyond the Fog | 978-1-953870-16-2 |
| Sweet Secret Deal<br>Donut Lady Cozy Mystery #5 | 978-1-953870-10-0 |
| Slaughtered in the Sand | 978-1-953870-58-2 |
| Whacked in the Woods | 978-1-953870-43-8 |
| Bloodshed in the Badlands | 978-1-953870-41-4 |
| Donut Lady Cozy Mysteries Books 1-3<br>Donut Lady Cozy Mystery #0 | 978-1-953870-22-3 |
| Elusive Embezzler | 978-1-953870-72-8 |

While some of my titles were traditionally published, I also hold rights in numerous self-published works, many of which appeared on the LibGen list prior to 2022. I object to the Settlement because it only provides payments to authors and publishers who filed registered copyrights, while excluding self-published authors without such registrations.

This is unfair. Many self-published books were also included in datasets that Anthropogenic used to train AI models, and those works should qualify for compensation. The Settlement, as proposed, fails to recognize or provide relief for this significant subset of affected authors.

My objection applies to a subset of the Class—specifically, self-published authors and authors without registered copyrights—because the proposed Settlement does not equitably account for their works.

I am filing this objection pro se. I am not represented by an attorney, nor is any attorney assisting me with this filing. I do not intend to appear at the final approval hearing. I am not opting out of the Settlement.

For these reasons, I respectfully ask the Court to deny approval of the Settlement.

Sincerely,

*[signature]*

Judith A. Barrett

JA Barrett
994 Mill Pond Rd
Pelham GA 31779

JACKSONVILLE RPDC 320
15 OCT 2025 PM 1 L

RECEIVED
OCT 20 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
Class Action Clerk
United States District Court
Northern District of California
450 Golden Gate Ave. 16th floor
San Francisco CA 94102

94102-342818